**JS6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANACAPA MARINE STREET, LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>          Defendant. | Case No. 2:24-cv-07369-RGK-DMK<br><br>[PROPOSED] JUDGMENT ON SPECIAL VERDICT FORM FOR PLAINTIFF<br><br>**Honorable R. Gary Klausner**<br><br>**Hearing Date:  April 14, 2026**<br>**Hearing Time:  9:00 a.m.**<br>**Courtroom:     850** |

This action came on regularly for trial on April 13, 2026, the Honorable R. Gary Klausner, Presiding. A jury was impaneled and sworn. The parties, Plaintiff Anacapa Marine Street, LLC and Defendant Travelers Casualty Insurance Company of America, presented evidence and argument. The Court duly instructed the jury and submitted the cause to them. On April 16, 2026, the jury rendered its special verdict in favor of Plaintiff and answered the questions posted to it as follows:

**Question 1 (Cost of Repair):** Did Plaintiff sustain a loss resulting from the intrusion of water into the building in December 2023 that require repairs to the building? Answer Yes or No:

Yes or No: <u>Yes</u>

**1(a):** If yes, what amount of costs to repair the property did Plaintiff reasonably incur:

$: <u>$2,200,000.00</u>

-1-

**JS6**

**Question 2 (<u>Ordinance or Law</u>):**  Did Plaintiff incur additional costs resulting from repairing the property due to the water intrusion in December 2023 in order to comply with ordinances or laws that differed from those Plaintiff was required to comply with before the loss? Answer Yes or No:

Yes or No:  Yes

  **2(a):** If yes, what amount of additional cost did Plaintiff incur to repair the property in order to comply with ordinances or laws relating to the intrusion of water into the building in December 2023:

$: $300,000.00

**Question 3 (<u>Lost Business Income</u>):**  Did Plaintiff sustain business income loss relating to the intrusion of water into the building in December 2023? Answer Yes or No:

Yes or No:  Yes

  **3(a):**  If yes, what amount of business income loss did Plaintiff incur relating to the intrusion of water into the building in December 2023:

$: $240,000.00

**Question 4 (<u>Extra Expenses</u>):** Did Plaintiff sustain extra expense in an effort to minimize losses relating to Plaintiff's inability to rent units at the property due to damage from the December 2023 rainstorm? Answer Yes or No:

Yes or No:  Yes

**4(a):**  If yes, what amount of extra expenses did Plaintiff reasonably incur:

$: $257,000.00

-2-
TRAVELERS CASUALTY INSURANCE COMPANY'S PROPOSED JUDGMENT –
CASE NO. 2:24-cv-07369- RGK-DMKx

**JS6**

**Question 5 (Tenant Displacement and Relocation Expenses):** Did Plaintiff sustain tenant displacement and relocation expenses to temporarily house, move, or relocate tenants due to the intrusion of water into the building in December, 2023? Answer Yes or No:

Yes or No:  Yes

**5(a):** If yes, what amount of tenant displacement and relocation expenses did Plaintiff incur:

$: $200,000.00

The Travelers' Policy includes the following provisions that impact the amounts set forth in the Verdict Form, including the following:

A. The Travelers' Policy includes a sub-limit in the amount of $75,000 for Ordinance or Law, which is applicable as a matter of law to Question 2, thereby reducing that amount to $75,000.00.

B. The Travelers' Policy includes a sub-limit in the amount of $25,000 for tenant relocation, which is applicable as a matter of law to Question 5, thereby reducing that amount to $25,000.00.

Based on the Policy limits and sublimit, the jury verdict for the above amounts is modified as follows:

**Question 1 (Cost of Repair): $2,200,000.00**

**Question 2 (Ordinance or Law): $75,000.00 (Policy sublimit)**

**Question 3 (Lost Business Income): $240,000.00**

**Question 4 (Extra Expenses): $257,000.00**

**Question 5 (Tenant Displacement and Relocation Expenses): $25,000.00 (Policy sublimit)**

TRAVELERS CASUALTY INSURANCE COMPANY'S PROPOSED JUDGMENT –
CASE NO. 2:24-cv-07369- RGK-DMKx

**JS6**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment in the sum of $2,797,000.00 be entered in favor of Plaintiff Anacapa Marine Street, LLC and against Defendant Travelers Casualty Insurance Company of America.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Anacapa Marine Street, LLC is entitled to recover prejudgment interest in the amount of $22,222.74.[1]  Plaintiff may recover costs from Defendant in accordance with applicable law.

DATED:  5/14/2026

*Gary Klausner*

R.  GARY KLAUSNER
JUDGE, UNITED STATES DISTRICT COURT

---

[1] This amount is derived by multiplying the daily prejudgment interest of $766.30 (10% of $2,797,000 divided by 365 days) by the 29 days between April 16, 2026, the date on which the jury entered the verdict, and May 14, 2026, the date this judgment is entered.

-4-
TRAVELERS CASUALTY INSURANCE COMPANY'S PROPOSED JUDGMENT –
CASE NO. 2:24-cv-07369- RGK-DMKx